RECEIPT # 58271
AMOUNT $ 150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK. M
1-26-04

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S. WILLIAM IVES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACCENTURE,<br><br>　　　　Defendant. | Civil Action No.<br><br>**04 CV 10166 RCL** |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, the Defendant, Accenture. ("Defendant" or "Accenture"), hereby removes the above-captioned matter, which is now pending in the Superior Court of the Commonwealth of Massachusetts in the county of Suffolk as Civil Action No. 030-6063-E, to the United States District Court for the District of Massachusetts (the "District Court").

As grounds for this removal, Accenture states the following:

1.　This is a civil action over which the District Court has original jurisdiction under 28 U.S.C. § 1331, and which Accenture is entitled to remove to the District Court pursuant to 28 U.S.C. §§ 1441.

2.　Although Accenture denies that it is liable for any alleged damages, the Plaintiff, S. William Ives ("Plaintiff" or "Ives"), brings claims for age discrimination and retaliation under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., and the Massachusetts Fair Employment Practices Act, M.G.L. c. 151B, equitable estoppel and breach of contract.

2

3. Because the Age Discrimination in Employment Act is a federal statute, original federal question jurisdiction is vested in this Court by 28 U.S.C. § 1331.

4. The following constitutes all of the process, pleadings or orders received or served on Accenture in this action, true and correct copies of which are attached as exhibits and incorporated herein as part of this Notice:

    Exhibit 1 -    Summons

    Exhibit 2 -    Complaint

    Exhibit 3 -    Civil Action Cover Sheet

5. The aforesaid Complaint was filed with the Clerk of Courts for Suffolk Superior Court on or about December 23, 2003.

6. Accenture was served with the Complaint on December 26, 2003. This Notice of Removal is filed within thirty (30) days after service of process. *See* 28 U.S.C. § 1446(b).

7. Pursuant to Local Rule 8.1.1(a), Accenture will file certified or attested copies of all records and proceedings in the state court action and certified or attested copies of all docket entries therein, including a copy of this Notice of Removal, with this Court within thirty (30) days after filing this Notice of Removal.

WHEREFORE, Accenture requests that the above action be removed to the United States District Court for the District of Massachusetts.

>Respectfully submitted,
>
>DEFENDANT,
>ACCENTURE,
>
>By its attorney,
>
>*/s/ Daniel B. Klein*
>Lynn A. Kappelman (BBO #642017)
>Daniel B. Klein (BBO #638059)
>SEYFARTH SHAW LLP
>World Trade Center East
>Two Seaport Lane, Suite 300
>Boston, MA 02210-2028
>(617) 946-4800

Dated: January 23, 2004

### CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 23rd day of January, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Herbert L. Holtz, 25 New Chardon Street, Boston, MA 02114, Counsel for Plaintiff.

>*/s/ Daniel B. Klein*
>Daniel B. Klein