UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

S. WILLIAM IVES,

        Plaintiff,

v.

ACCENTURE,

        Defendant.

Civil Action No.

04 cv 10166 RCL

## CERTIFICATE OF FILING NOTICE OF FILING NOTICE OF REMOVAL WITH CLERK OF SUFFOLK SUPERIOR COURT

I, Daniel B. Klein, counsel for Accenture, defendant in the above-captioned action, hereby certify that, on January 23, 2004, I caused a copy of the Notice of Filing Notice of Removal of the above-captioned action to be filed with the Clerk of the Suffolk Superior Court, in accordance with the provisions of 28 U.S.C. §1446(d).

I further certify that I have given written notice of the filing of said Notice to counsel for the Plaintiff by causing a copy of the Notice of Removal to be sent, by first class mail, on January 23, 2004 and a copy of the Notice of Filing Notice of Removal on January 23, 2004.

Signed under the penalties of perjury this 23rd day of January, 2004.

                                  Daniel B. Klein (BBO #638059)
                                  SEYFARTH SHAW LLP
                                  World Trade Center East
                                  Two Seaport Lane, Suite 300
                                  Boston, MA 02210-2028
                                  (617) 946-4800

## CERTIFICATE OF SERVICE

2004 JAN 23 P 5: 09

    I, Daniel B. Klein, hereby certify that on this 23rd day of January, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Herbert L. Holtz, 25 New Chardon Street, Boston, MA 02114, Counsel for Plaintiff.

*/s/ Daniel B. Klein*

Daniel B. Klein

2