UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| S. WILLIAM IVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| ACCENTURE, ) | |
| ) | |
| Defendant. ) | 04cv10166 RCL |

RECEIVED
Clerk's Office
USDC, Mass.
Date 1-26-04
By _____
Deputy Clerk

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME TO
FILE ITS ANSWER TO PLAINTIFF'S COMPLAINT**

The Defendant, Accenture ("Defendant"), respectfully requests that the Court extend the time for filing of Defendant's Answer to the Complaint filed by Plaintiff S. William Ives ("Plaintiff") until February 20, 2004. Plaintiff has assented to this Motion. As grounds for this Motion, Defendant states as follows:

1. On December 23, 2003, Plaintiff filed his Complaint with the Massachusetts Superior Court for Suffolk County. On December 26, 2003, Plaintiff served the Complaint and Summons upon Defendant.

2. Plaintiff's Complaint consists of seven counts alleging a variety of different causes of action, including age discrimination and retaliation under the Age Discrimination in Employment Act, 29 U.S.C. § 261 et seq., and M.G.L. c. 151B, equitable estoppel and breach of contract.

3. Defendant respectfully requests an extension of time until February 20, 2004 to answer Plaintiff's Complaint.

4. Defendant has not requested any prior extensions.

5.  Counsel for the Plaintiff has assented to this Motion.

WHEREFORE, the Defendant, Accenture, respectfully requests that the Court allow its Assented-To Motion to Extend Time to File Its Answer to Plaintiff's Complaint, thereby extending the deadline until February 20, 2004.

Respectfully submitted,

DEFENDANT,
ACCENTURE,

By its attorney,

_____
Lynn A. Kappelman
Daniel B. Klein
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Dated: January 23, 2004

### CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 23rd day of January, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Herbert L. Holtz, 25 New Chardon Street, Boston, MA 02114, Counsel for Plaintiff.

_____
Daniel B. Klein