## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| S. WILLIAM IVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-cv-10166-RCL |
| | ) | |
| ACCENTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### LOCAL RULE 81.1 NOTICE OF FILING

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446 and Rule 81.1 of the Local

Rules of Civil Procedure, the Defendant, Accenture, has submitted to this Court certified copies

of all records and proceedings in the state court action, including a copy of all docket entries.

Respectfully submitted,

DEFENDANT,
ACCENTURE,

By its attorneys,


Lynn A. Kappelman (BBO #642017)
Daniel B. Klein (BBO #638059)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Dated: February 4, 2004

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 4th day of February, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Herbert L. Holtz, 25 New Chardon Street, Boston, MA 02114, Counsel for Plaintiff.

_____
Daniel B. Klein

2