UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| S. WILLIAM IVES, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ACCENTURE, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 04-cv-10166-RCL |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, as amended, the Defendant, Accenture LLP ("Accenture"), hereby states that it is an Illinois limited liability partnership with no stock. The general partner is Accenture LLC, a Delaware limited liability company, and the managing partner is Accenture Inc., a Delaware corporation.

Respectfully submitted,

DEFENDANT,
ACCENTURE,

By its attorneys,

Lynn A. Kappelman (BBO #642017)
Daniel B. Klein (BBO #638059)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Dated: February 5, 2004

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 5th day of February, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Herbert L. Holtz, 25 New Chardon Street, Boston, MA 02114, Counsel for Plaintiff.

_____
Daniel B. Klein

# SEYFARTH SHAW LLP
ATTORNEYS

Writer's direct phone
(617) 946-4840

Writer's e-mail
dklein@seyfarth.com

FILED
CLERK'S OFFICE

2004 FEB -6  P 12: 24

DISTRICT COURT
DISTRICT OF MASS.

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801

www.seyfarth.com

February 5, 2004

Civil Clerk
United States District Court
  For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re:   S. William Ives v. Accenture, Civil Action No. 04-cv-10166-RCL

Dear Sir/Madam:

Enclosed please find for filing in the above-referenced matter Defendant's Rule 7.1 Corporate Disclosure Statement.

Please docket and file the enclosed pleading in your usual manner and return a date-stamped copy to me in the enclosed, self-addressed stamped envelope.

Thank you for your attention to this matter.

Respectfully submitted,

SEYFARTH SHAW LLP

Daniel B. Klein

DBK:kah
Enclosures

cc:   Herbert L. Holtz, Esq. (w/enclosure)
      Lynn A. Kappelman, Esq. (w/o enclosure)

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

BO1 15624674.1