# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| S. WILLIAM IVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-cv-10166-RCL |
| | ) | |
| ACCENTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendant, Accenture LLP, and its counsel hereby certify that they have conferred:

(a)    with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEFENDANT
ACCENTURE LLP

By: _____    3/17/04
        Quincy R. Maquet, Legal & Commercial Group    DATE

_____    3/19/04
Daniel B. Klein    DATE
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 19th day of March, 2004, a true copy of the foregoing document was mailed, postage prepaid, to Herbert L. Holtz, 25 New Chardon Street, Boston, MA 02114, Counsel for Plaintiff.

Daniel B. Klein

BO1 15632229.1