## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------
S. WILLIAM IVES,                    )
                                    )
    Plaintiff,  )
                                    )
  v.                      )    Civil Action No: 04-CV-10166-RCL
                                    )
ACCENTURE,                          )
                                    )
   Defendant.         )
                                    )
-------------------------------------------------------

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Plaintiff S. William Ives and his undersigned counsel hereby certify they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course – and various alternative courses of this litigation; and (b) to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
S. William Ives

_____
Herbert L. Holtz, BBO #554843

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand on 3/22/04