UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| S. WILLIAM IVES,<br><br>     Plaintiff,<br><br>v.<br><br>ACCENTURE,<br><br>     Defendant. | Civil Action No. 04-cv-10166-RCL |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, S. William Ives ("Plaintiff"), and the Defendant, Accenture ("Defendant"), in the above-captioned action hereby stipulate to the voluntary dismissal of all Counts of Plaintiff's Complaint against Defendant in this action with prejudice and without costs or interest. All rights of appeal are hereby waived.

                                    Respectfully submitted,

PLAINTIFF,                       DEFENDANT,
S. WILLIAM IVES                 ACCENTURE LLP

By his attorney,                    By its attorneys,

_/s/ Herbert L. Holtz_                 _/s/_
Herbert L. Holtz                    Lynn A. Kappelman
Law Offices of Herbert L. Holtz          Daniel B. Klein
25 New Chardon Street             SEYFARTH SHAW LLP
Boston, MA 02114               Two Seaport Lane, Suite 300
(617) 720-2663                 Boston, MA 02210
                                   (617) 946-4800

Dated: 6/17, 2004                Dated: June 29, 2004